In the Matter of the Application of WILLIAM BOREA, Appellant, for the Appoint-

ment of Appraisers to Appraise the Value of Stock of the LOCUST COURT APART-
MENTS, INC., Respondent, Held by the Petitioner.— Motion for leave to appeal
to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty,
Tompkins and Davis, JJ.